VICTOR KOECHL, Appellant, *v.* GATE DEVELOPMENT COMPANY et al., Defendants.

J. ALFRED BERGER, JR., as Executor of ROBERT J. FREEMAN, Deceased, Respondent.

*Koechl* v. *Gate Development Co.*, 149 App. Div. 239, affirmed.
(Argued April 30, 1912; decided May 14, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 29, 1912, which affirmed an order of Special Term granting a motion of the purchaser on a foreclosure sale to be relieved of his purchase.

*Lynn C. Norris* and *Edwin Kempton* for appellant.

*Alfred A. Wheat* and *William S. Woodhull* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.